11-12598F    No. _____

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DEFENDERS OF WILDLIFE; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL,

Petitioners

v.

BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; KEN SALAZAR, Secretary of the Interior; MICHAEL BROMWICH, Director, Bureau of Ocean Energy Management, Regulation, and Enforcement,

Respondents.

## PETITION FOR REVIEW

Catherine M. Wannamaker
Southern Environmental Law Center
127 Peachtree St. NE, Suite 605
Atlanta, GA 30303
(404) 521-9900

Sierra Weaver
Defenders of Wildlife
1130 17th St. NW
Washington, DC 20036
(202) 682-9400

David Pettit
Natural Resources Defense Council
1314 Second St.
Santa Monica, CA 90401
(310) 434-2300

Deirdre McDonnell
Center for Biological Diversity
P.O. Box 19801
Portland, OR 97280
(971) 279-5471

Pursuant to 43 U.S.C. § 1349(c)(2), Defenders of Wildlife, Center for Biological Diversity, and Natural Resources Defense Council petition this Court for review of the approval of Supplemental Exploration Plan S-7444, which was submitted by Shell Gulf of Mexico Inc. for offshore drilling at Mississippi Canyon blocks 348, 391, and 392. The plan was approved by the Bureau of Ocean Energy Management, Regulation and Enforcement ("BOEMRE") on May 10, 2011. A copy of the approval order is attached as Exhibit 1. Venue is appropriate in this Court pursuant to the Outer Continental Shelf Lands Act ("OCSLA"), 43 U.S.C. § 1349(c)(2)-(3), because Alabama is an affected state.

The decision to approve Supplemental Exploration Plan S-7444 fails to comply with OCSLA, 43 U.S.C. §§ 1344 et seq.; the National Environmental Policy Act ("NEPA"), 42 U.S.C. §§ 4321 et seq.; the Endangered Species Act[1] ("ESA"), 16 U.S.C. §§ 1531 et seq.; the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. §§ 1631 et seq.; the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), 16 U.S.C. §§ 1801 et seq.; and the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 551 et seq..

Petitioners are conservation organizations whose members use the affected area for recreational, commercial, educational, scientific, research, aesthetic, and

---

[1] Petitioners mailed a letter to Respondents on June 9, 2011 notifying Respondents of their intent to sue regarding ESA violations arising from approval of the Shell exploration plan.

other purposes. Petitioners' interests are adversely affected by the decision to approve Supplemental Exploration Plan S-7444 in violation of federal laws that protect the waters, coastal areas and natural resources of the Gulf of Mexico from the adverse impacts of offshore exploratory drilling. Petitioners' members regularly use, enjoy, and benefit from healthy coastal and marine ecosystems and the presence of diverse coastal and marine life, including the threatened and endangered birds, whales, sea turtles, marine mammals, and other marine species that are likely to be killed, injured, or disturbed by drilling operations, and the risks inherent in such operations, in the Gulf of Mexico. Petitioners' members derive recreational, aesthetic, economic and scientific benefits from coastal and marine life in the Gulf of Mexico. BOEMRE's failure to comply with federal law and the resulting harm to the coastal and marine environments, including the disturbance, injury, and death of coastal and marine life that is likely to result from that failure, harms the interests of Petitioners' members.

As required by OCSLA, 43 U.S.C. § 1349(c)(3), Petitioners filed comments (attached as Exhibit 2 to this petition) on the proposed Supplemental Exploration Plan S-7444[2] and have timely filed this Petition for Review within 60 days of the approval of the plan.

---

[2] Although Petitioners' comments erroneously referenced the plan as S-7044, they were submitted to the comments section for the appropriate plan, S-7444, on http://www.regulations.gov.

3

Petitioners respectfully request that the Court: (1) declare that Respondents are in violation of NEPA, OCSLA, the ESA, the MSA, the MMPA, and the APA, (2) order that the decisions be set aside, and (3) remand with directions to comply with the requirements of the law. Petitioners also respectfully request an award of costs of litigation, including reasonable attorneys' fees under the Equal Access to Justice Act, and other relief as the Court deems just and proper.

Respectfully submitted this 9th day of June, 2011,

*signature*

Catherine M. Wannamaker
Southern Environmental Law Center
127 Peachtree St. NE, Suite 605
Atlanta, GA 30303
Telephone: (404) 521-9900
Facsimile: (404) 521-9909

*Counsel for Petitioners*

| David Pettit | Sierra Weaver | Deirdre McDonnell |
| --- | --- | --- |
|    CA Bar No. 67128 | Defenders of Wildlife |    D.C. Bar No. 465533 |
|    Pro Hac Vice forthcoming | 1130 17th St. NW |    11th Cir. application |
| Natural Resources Defense Council | Washington, DC 20036 |    forthcoming |
| 1314 Second St. | Telephone: (202) 682-9400 | P.O. Box 19801 |
| Santa Monica, CA 90401 | Facsimile: (202) 682-1331 | Portland, OR 97280 |

4

## CERTIFICATE OF SERVICE

I certify that on June 9, 2011, the undersigned counsel served a copy of this Petition for Review by U.S. Mail on all of the following, in accordance with the law:

KEN SALAZAR, Secretary of the Interior
Department of the Interior
1849 C Street, NW
Washington, DC 20240

MICHAEL BROMWICH, Director, Bureau of Ocean Energy Management, Regulation, and Enforcement
Department of the Interior
1849 C Street, NW, Room 4222
Washington, DC 20240

ERIC HOLDER, Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

SHELL GULF OF MEXICO INC.
P. O. Box 61933
New Orleans, LA 70161-1933

C T CORPORATION SYSTEM
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

*[signature]*
Attorney

In addition, on June 9, 2011, the undersigned counsel filed the foregoing Petition for Review in paper form with the Clerk of the Eleventh Circuit.

*[signature]*
Attorney

11-12598F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 09 2011
JOHN LEY
CLERK

## CERTIFICATE OF INTERESTED PERSONS

No. _____

DEFENDERS OF WILDLIFE; CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL,

Petitioners

v.

BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION, AND ENFORCEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; KEN SALAZAR, Secretary of the Interior; MICHAEL BROMWICH, Director, Bureau of Ocean Energy Management, Regulation, and Enforcement,

Respondents.

The undersigned counsel of record certifies that, to the best of their knowledge, the following listed persons and entities as described in Rule 26.1-1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Petitioners:**

Center for Biological Diversity

Defenders of Wildlife

Natural Resources Defense Council

No. _____, Defenders of Wildlife, et al. v. Bureau of Ocean Energy Management, Regulation, and Enforcement, et al.

**Petitioners' Counsel:**

Carter, Derb

Center for Biological Diversity

Defenders of Wildlife

McDonnell, Deirdre

Natural Resources Defense Council

Pettit, David

Southern Environmental Law Center

Wannamaker, Catherine M.

Weaver, Sierra


**Respondents:**

Bromwich, Michael R., in his official capacity as Director, Bureau of Ocean

    Energy Management, Regulation and Enforcement

Bureau of Ocean Energy Management, Regulation and Enforcement, formerly

    known as Minerals Management Service

Salazar, Kenneth Lee, in his official capacity as Secretary, United States

    Department of the Interior

United States Department of the Interior

No. _____, Defenders of Wildlife, et al. v. Bureau of Ocean Energy Management, Regulation, and Enforcement, et al.

**Respondents' Counsel:**

United States Department of Justice

**Miscellaneous Persons:**

The following is a list of the known parent company and U.S.-based subsidiaries of permittee Shell Gulf of Mexico Inc. :

Criterion Catalysts & Technologies L.P.

Equilon Enterprises LLC

Jiffy Lube International, Inc.

Pecten Cameroon Company LLC

Pecten Victoria Company

Pennzoil-Quaker State Company

Royal Dutch Shell plc. (NYSE: RDSA/ RDSB)

SCOGI, L.P.

Shell Chemical LP

Shell Chemicals Arabia LLC

Shell Deepwater Royalties Inc.

Shell Energy North America (US), L.P.

Shell Exploration & Production Company

Shell Frontier Oil & Gas Inc.

No. _____, Defenders of Wildlife, et al. v. Bureau of Ocean Energy Management, Regulation, and Enforcement, et al.

Shell Offshore Inc.

Shell Oil Company

Shell Onshore Ventures Inc.

Shell Petroleum Inc.

Shell Pipeline Company LP

Shell Trading North America Company

Shell Trading (US) Company

Shell Treasury Center (West) Inc.

Shell Windenergy Inc.

SOPC Holdings East LLC

SOPC Holdings West LLC

SWEPI LP

TMR Company

Counsel has made a diligent effort to comply with the requirements of Rule 26.1-1, and the above is a complete list of those entities listed in the Rule of which counsel has knowledge. There may, however, be entities as described in Rule 26.1-1 of which undersigned counsel has no knowledge, including subcontractors, insurers, parent corporations, affiliates, or other entities which may have an interest in this case.

No. _____, Defenders of Wildlife, et al. v. Bureau of Ocean Energy Management, Regulation, and Enforcement, et al.

**Corporate Disclosure Statement**

The undersigned counsel for Petitioners Defenders of Wildlife, Center for Biological Diversity, and Natural Resources Defense Council in the above captioned action, certify that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

*[signature]*

Catherine M. Wannamaker
Southern Environmental Law Center
127 Peachtree St. NE, Suite 605
Atlanta, GA 30303
Telephone: (404) 521-9900
Facsimile: (404) 521-9909

*Counsel for Petitioners*

| David Pettit | Sierra Weaver | Deirdre McDonnell |
|---|---|---|
| CA Bar No. 67128 | Defenders of Wildlife | D.C. Bar No. 465533 |
| Pro Hac Vice forthcoming | 1130 17th St. NW | 11th Cir. application |
| Natural Resources Defense Council | Washington, DC 20036 | forthcoming |
| 1314 Second St. | Telephone: (202) 682-9400 | P.O. Box 19801 |
| Santa Monica, CA 90401 | Facsimile: (202) 682-1331 | Portland, OR 97280 |